# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | **NO. 01-cr-780-1** |
| **vs.** | : | |
| | : | |
| | : | **CIVIL ACTION** |
| **JMEAL COLLINS** | : | **NO. 05-cv-1810** |

## ORDER

**AND NOW**, this 3rd day of January, 2018, upon consideration of the petitioner's motion to correct his sentence under 28 U.S.C. §2255 (Doc. Nos. 101, 105), the government's response thereto (Doc. No. 107), and the petitioner's reply (Doc. No. 110), **IT IS HEREBY ORDERED** that the motion is **GRANTED**.

BY THE COURT

/s/: Lawrence F. Stengel, C.J.
LAWRENCE F. STENGEL, C.J.